UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION



| | |
|---|---|
| GUILLERMO RAMIREZ-ENRIQUEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:11-CV-2993-G |
| ERIC HOLDER, as Attorney General of ) | |
| the United States, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

Therefore, petitioner's motion for temporary restraining order is **DENIED**.

**SO ORDERED.**

December 5, 2011.

_____
A. JOE FISH
Senior United States District Judge