UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GUILLERMO RAMIREZ-ENRIQUEZ, ) | |
| ) | |
| Petitioner, ) | |
| ) | CIVIL ACTION NO. |
| VS. ) | |
| ) | 3:11-CV-2993-G |
| ERIC HOLDER, as Attorney General of ) | |
| the United States, ET AL., ) | |
| ) | |
| Respondents. ) | |

### **ORDER**

After making the review required by 28 U.S.C. § 636(b), the court finds that the findings, conclusions and recommendation of the magistrate judge are correct, and they are adopted as the findings and conclusions of the court.

**SO ORDERED**.

February 5, 2013.

_____
**A. JOE FISH**
**Senior United States District Judge**